Filed 8/4/14  Love v. Super. Ct. CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| ROSALIND LOVE, | |
| Petitioner, | E061318 |
| v. | (Super.Ct.Nos. FVI1200380 & FVI1202278) |
| THE SUPERIOR COURT OF SAN BERNARDINO COUNTY, | OPINION |
| Respondent; | |
| THE PEOPLE, | |
| Real Party in Interest. | |

ORIGINAL PROCEEDINGS; petition for writ of mandate.  Jules E. Fleuret, Judge.  Petition is granted.

Kevin Smith, under appointment by the Court of Appeal, for Petitioner.

No appearance for Respondent.

Kamala D. Harris, Attorney General, and Kristen Kinnaird Chenelia, Deputy Attorney General, for Real Party in Interest.

1

Good cause appearing, and in accordance with the Attorney General's notification that the People do not oppose the petition, the petition for writ of mandate is granted.

DISPOSITION

Let a peremptory writ of mandate issue directing the Superior Court of San Bernardino County to issue a certificate of probable cause in that matter entitled *People v. Rosalind Love*, Case Nos. FVI1200380 and FVI1202278.

Petitioner is directed to prepare and have the peremptory writ of mandate issued, copies served, and the original filed with the clerk of this court, together with proof of service on all parties.  This order shall be final forthwith.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

KING
J.

We concur:

RAMIREZ
P. J.

MILLER
J.

2